```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                 :
NILDA TORRES,                :
                 :
                Plaintiff, :
                 :
       -against-          :         1:22-cv-5741-GHW
                 :
                 :               ORDER
BURLINGTON STORES, INC.,       :
BURLINGTON COAT FACTORY DIRECT :
CORPORATION, BURLINGTON COAT :
FACTORY WAREHOUSE CORPORATION :
*and* UE YONKERS II, LLC,         :
               Defendants. :
                 :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of Bronx, on July 6, 2022. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than July 20, 2022. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: July 7, 2022
New York, New York

                                              GREGORY H. WOODS
                                           United States District Judge